IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>ONE DODGE CHALLENGER SRT HELLCAT )<br>COUPE, VIN 2C3CDZC90GH254527, SEIZED )<br>ON OR ABOUT JULY 29, 2025 )<br>) | Civil No. 3:25-MC-143 |

**CONSENT MOTION FOR EXTENSION**
**OF TIME TO FILE FORFEITURE COMPLAINT**

NOW COMES Plaintiff, the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, pursuant to 18 U.S.C. § 983(a)(3)(A), and hereby requests that this Court extend, for an additional sixty days, the deadline for filing a Complaint for Forfeiture *In Rem* in this matter. In support of this Motion, the Government submits as follows:

On or about July 29, 2025, law enforcement executed a search warrant at a residence and seized the above captioned Dodge Challenger SRT Hellcat (the "VEHICLE"). Patrick Demond Hope Seibles, represented by attorney Noell Tin, filed a claim for the Vehicle. The current deadline for the Government to file a Complaint for Forfeiture *In Rem* is December 8, 2025. Attorney Tin is currently engaged in discussions with the U.S. Attorney's Office in an effort to resolve this matter in a manner that would negate the need for a civil forfeiture complaint.

Undersigned counsel has conferred with attorney Tin about the impending deadline. Attorney Tin has consented to a sixty-day extension of the filing deadline, up to and including February 6, 2026. Such an extension would facilitate further discussions between attorney Tin

1

and prosecutors. Under such circumstances, Section 983(a)(3)(A) grants this Court authority to grant an extension.

WHEREFORE, for the reasons set forth herein, for good cause shown, and so that the negotiations may continue, and without objection by the only administrative forfeiture claimant to the property, the United States respectfully requests that this Court issue an Order for Extension in the form submitted herewith, granting a sixty-day extension to file any civil forfeiture complaint, until and including February 6, 2026.

Respectfully submitted this 7th day of November, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/ Benjamin Bain-Creed**
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov